**STATEMENT OF FACTS**

On Tuesday, November 1, 2005, at about 7:30 p.m., sworn officers of the Metropolitan Police Department's Seventh District were on patrol in the 2500 block of Martin Luther King Ave., S.E. and observed a vehicle with an obstructed tag and conducted a traffic stop. As officers approached the vehicle, there was a strong odor consistent with PCP emanating from the vehicle. Officers also observed a clear glass vial containing a yellowish liquid in the center console. The defendant, Damon Dixon, told officers that the liquid was cologne. The defendant was placed under arrest and a search was conducted on the vehicle where officers recovered two lemon juice bottles, each containing approximately 8 ounces of PCP. Officers also recovered $5,675 in U.S. currency from Dixon's front pants pocket. In the officer's experience, the amount of the PCP indicate that it was intended for distribution rather than for personal use.

_____
OFFICER CHRIS SMITH
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS \_\_\_\_ DAY OF NOVEMBER, 2005

_____
U.S. MAGISTRATE JUDGE