UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

v.                              :   MAGISTRATE NO. 05-0573M

DAMON DIXON                     :

**FILED**
NOV 0 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DISMISSAL**

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

UNITED STATES ATTORNEY
KENNETH WAINSTEIN

BY: _____
S. ELISA POTEAT
ASSISTANT UNITED STATES ATTORNEY
Bar: 420-604
Organized Crime and Narcotics
Trafficking Section
555 4th Street, N.W. Room 4124
Washington, D.C. 20530

APPROVED AND GRANTED THIS 7
DAY OF November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE